IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Case No. CCB-20-313 |
| **JULIET CERVELLON-IQBAL** | ) ) ) | |

## STATUS UPDATE

The parties respectfully submit this status update to the court in the above-captioned case which is pending sentencing.

1. On October 19, 2020, Ms. Cervellon waived indictment and pleaded guilty to two counts of a criminal information: bank fraud, in violation of 18 U.S.C. § 1344 and aggravated identity theft, in violation of 18 U.S.C. §§ 1028A.  ECF No. 4, 8.

2. That same day, the Court ordered Ms. Cervellon to remain released.  Ms. Cervellon had been under the supervision of U.S. Pretrial Services since February 6, 2020.

3. On Wednesday, December 23, 2020, the Court held a hearing following a request from U.S. Pretrial Services to address allegations surrounding undisclosed income.  At the hearing, the Court found Ms. Cervellon to be in violation of her conditions of release.  She was ordered to self-surrender on December 29, 2020.

4. Ms. Cervellon self-surrendered as instructed.  She is currently housed at the Chesapeake Detention Facility in Baltimore, MD.

5. Sentencing was originally scheduled for January 21, 2021.  Defense counsel requested a continuance because she had no meaningful contact with Ms. Cervellon to prepare for sentencing.  In addition, the government also requested financial information relevant to

restitution that required contact with Ms. Cervellon. The Court granted the continuance and the parties indicated they would jointly reach out to reschedule.

6. Currently, undersigned counsel still has difficulties accessing Ms. Cervellon. The COVID-19 outbreak at CDF has triggered cancellations of all video visits. Ms. Cervellon has occasionally been able to call undersigned counsel on a collect call using her own money, but the calls are not private or lengthy. The Federal Public Defender Office is in the process of placing cell phones in the jail so that clients are able to speak with us for free for up to an hour.

7. Undersigned counsel is hopeful that regular access to Ms. Cervellon will be reinstated within the next two weeks.

8. The parties are in regular communication and will reach out as soon as practicable to obtain a sentencing date.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
DEVIN A. PRATER (#810494)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile:  (410) 962-0872
Email: Devin_Prater@fd.org